# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00843-CV

### In re Paulette M. Blunck

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Paulette M. Blunck has filed a petition for writ of mandamus and a motion for emergency temporary relief pending disposition of her mandamus petition. We deny the petition for writ of mandamus and the motion for emergency temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Filed: December 12, 2016